USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> OPPENHEIMER ASSET MANAGEMENT, INC., OPPENHEIMER & CO., INC., BRIAN WILLIAMSON and JOHN T. McGUIRE <br><br> Defendants. | CIVIL ACTION <br> NO. 14 CV 0779 |

### ORDER FOR ADMISSION OF MICHAEL S. DOLUISIO PRO HAC VICE

The motion of Michael S. Doluisio, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey; and that his contact information is as follows:

> Michael S. Doluisio
> DECHERT LLP
> Cira Centre
> 2929 Arch Street
> Philadelphia, PA 19104
> Tel.: 215-994-2325
> Fax: 215-655-2325
> michael.doluisio@dechert.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Brian Williamson in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March __, 2014
       New York, New York

                                    _____
                                    Honorable Harold Baer, Jr.
                                    United States District Judge

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 3/21/14