# BINGHAM

Christopher M. Wasil
Direct Phone: +1.860.240.2719
Direct Fax:     +1.860.240.2800
christopher.wasil@bingham.com

June 27, 2014

**Via ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Chambers 2220
New York, NY  10007

Re: *Doe v. Oppenheimer Asset Management, Inc., et al.*
Case No.: 1:14-cv-00779-LAP

Dear Judge Preska:

In connection with the above referenced case, which was recently transferred to Your Honor on June 18, 2014, defendants Oppenheimer Asset Management, Inc., Oppenheimer & Co., Inc., Brian Williamson, and John McGuire (collectively, the "Defendants") respectfully request oral argument on their Joint Motion to Dismiss under Rule 2E of Your Honor's Individual Practices. At least one issue presented in the Motion is an issue of first impression and as such, Defendants submit that oral argument would be helpful for Court.

Respectfully submitted,

Christopher M. Wasil                 Owen Foster (cmw)
Bingham McCutchen LLP                Dechert LLP

Beijing
Boston
Frankfurt
**Hartford**
Hong Kong
Lexington (GSC)
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

T +1.860.240.2700
F +1.860.240.2800
bingham.com

A/76226134.1