*Preska, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-22-14

| | |
|---|---|
| JOHN DOE, | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION |
| v. | ) NO. 14 CV 0779 (LAP)<br>) |
| OPPENHEIMER ASSET MANAGEMENT, INC., OPPENHEIMER & CO., INC., BRIAN WILLIAMSON and JOHN T. McGUIRE | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that I, Cheryl A. Krause, hereby respectfully withdraw my appearance as counsel for defendant Brian Williamson and request removal from service of any further pleadings in connection with the above-captioned matter. I am no longer employed by or otherwise affiliated with Dechert LLP, counsel of record for defendant.

Dechert LLP remains as counsel for defendant Brian Williamson in this matter and the appearances by other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
July 16, 2014

Respectfully Submitted,

_____
Cheryl A. Krause

SO ORDERED

_____
The Honorable Loretta A. Preska
Chief United States District Judge

July 21, 2014