```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN DOE,

                          Plaintiff,

        -against-                           14-CV-779 (VEC)

OPPENHEIMER ASSET MANAGEMENT, INC.;        ORDER
OPPENHEIR & CO., INC.; BRIAN
WILLIAMSON; and JOHN T. McGUIRE,

                        Defendants.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      By letter dated December 1, 2014, the parties have reported to the Court that they have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to any party and without prejudice to restoration of the action to the calendar of the undersigned within 45 days of the date of this Order if in fact there has not been a settlement of this matter. If any party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 45-day period expires.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

      Any pending motions are dismissed as moot and the hearing previously scheduled for December 4, 2014, is adjourned *sine die*. The Clerk of the Court is respectfully requested to close the case.

**SO ORDERED.**

Date: December 1, 2014                               _____
      New York, NY                                   **VALERIE CAPRONI**
                                                        **United States District Judge**